UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CARLOS LUIS HERNANDEZ NIEVES,

        Petitioner,               Case No. 1:25-cv-1267

v.                                  Honorable Paul L. Maloney

ROBERT LYNCH et al.,

        Respondents.
_____/

## ORDER TO SHOW CAUSE

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement (ICE) at the North Lake Processing Center in Baldwin, Lake County, Michigan. Petitioner challenges the lawfulness of his detention.

Petitioner names as Respondents Field Office Director of the Detroit Field Office of ICE Robert Lynch, Petitioner's immediate custodian, charged with the detention and removal of noncitizens who fall under the jurisdiction of the Detroit Field Office, Acting Director of ICE Todd Lyons, who is responsible for implementing and enforcing the Immigration and Nationality Act (INA), including the detention and removal of noncitizens, and United States Secretary of Homeland Security Kristi Noem because she is responsible for the implementation and enforcement of INA and oversees ICE, which is responsible for Petitioner's detention. (Pet., ECF No. 1, PageID.4.) Petitioner asks the Court for the following relief: to issue a writ of habeas corpus ordering Respondents to release Petitioner or to show cause as to why this Petition should not be granted within three days; issue a writ of habeas corpus requiring Respondents to release Petitioner immediately; restrain and enjoin Respondents from removing Petitioner from the United States

and the Western District of Michigan pending the resolution of this case; declare that the process of detaining individuals without filing a notice to appear violates the Due Process Clause of the Fifth Amendment, declare that the process of refusing to obey a lawful immigration court order releasing Petitioner violates the Due Process Clause of the Fifth Amendment; declare that Petitioner may remain undetained by DHS and in the United States pending adjudication of his application for asylum; and to award attorneys' fees and costs for this action. (Pet., ECF No. 1, PageID.11.)

The Court has reviewed the application pursuant to 28 U.S.C. § 2243, and orders as follows:

1. On or before the third business day after entry of this order, Respondents shall show cause in writing why the writ of habeas corpus and other relief requested in the petition should not be granted.

2. Petitioner shall file a written reply on or before the third business day after Respondents file their order to show cause response.

3. In Respondents' response and Petitioner's reply, the parties shall address the Court's jurisdiction and authority to grant the requested relief, exhaustion of available remedies, and any issues of fact that must be resolved.

4. The Court will schedule a hearing, if necessary, after the parties have filed their submissions.

**IT IS SO ORDERED**.

Dated:   October 24, 2025                              /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       United States District Judge